Neil M. Alexander; AZ Bar No. 020757
nalexander@littler.com
Josh L. Waltman; AZ Bar No. 023874
jlwaltman@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Myles Watt,<br><br>          Plaintiff,<br><br>v.<br><br>Amazon.com Services LLC,<br><br>          Defendant. | Case No. |

      This Corporate Disclosure Statement is filed on behalf of Defendant Amazon.com Services LLC, in compliance with the provisions of:

  __X__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____    Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_\_ No such corporation.

  X   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*). **Defendant Amazon.com Services LLC discloses that it is a limited liability company. Amazon.com Services LLC's sole member is Amazon.com Sales, Inc. Amazon.com Sales, Inc. is a wholly owned subsidiary of parent company Amazon.com, Inc. Amazon.com, Inc. is a publicly-traded company. Amazon.com, Inc. has no parent company, and no other publicly-held company owns 10% or more of Amazon.com, Inc.'s stock.**

\_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

\_\_\_\_\_ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 24th day of June, 2020.

*/s/ Josh L. Waltman*
Neil M. Alexander
Josh L. Waltman
LITTLER MENDELSON, P.C.
Attorneys for Defendant

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

1  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and emailed a copy of same to the following if non-registrants, this 24th day of June, 2020 to:

Myles Watt
206 S. 12th Avenue
Phoenix, Arizona 85007
mylesanwatt@gmail.com
Pro Se

/s/ Suzy Walker

4839-8893-0751.1 090069.1309

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600